# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 24-3500

———————————————

United States of America

*Plaintiff - Appellee*

v.

Dawn Ellease Robinson, also known as Dawn Ellease Colbert

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Southern District of Iowa - Central

——————————

Submitted: May 7, 2026
Filed: May 12, 2026
[Unpublished]

——————————

Before BENTON, GRASZ, and STRAS, Circuit Judges.

——————————

PER CURIAM.

Dawn Robinson appeals the sentence the district court[1] imposed after she pled guilty to racketeering and firearm-related offenses. She challenges her sentence as substantively unreasonable.

———————————————

[1]The Honorable Stephen H. Locher, United States District Judge for the Southern District of Iowa.

Upon careful review, we conclude the district court did not impose a substantively unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (abuse of discretion review); *see also United States v. Callaway*, 762 F.3d 754, 760-61 (8th Cir. 2014) (presuming sentence reasonable if within United States Sentencing Guidelines Manual range). Accordingly, we affirm.

_____